**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SHAQUILLE O'NEAL,** | ) | |
| | ) | |
| | ) | **Case No.  18-cv-3674** |
| **Plaintiff,** | ) | |
| | ) | **Judge Blakey** |
| v. | ) | |
| | ) | **Magistrate Judge Finnegan** |
| **P.O. TERRANCE** | ) | |
| **PRASTCHER #4190, P.O. ANTHONY** | ) | |
| **ROSEN #11430 individually, and** | ) | |
| **THE CITY OF CHICAGO,** | ) | **JURY DEMAND** |
| | ) | |
| **Defendants.** | ) | |

### FIRST AMENDED COMPLAINT AT LAW

NOW COMES the Plaintiff, SHAQUILLE O'NEAL by and through his attorneys, Gregory E. Kulis & Associates, Ltd. and complaining against the Defendants, P.O. TERRANCE PRATCHER #4190, and P.O. ANTHONY ROSEN #11430, individually and THE CITY OF CHICAGO as follows:

### COUNT I – EXCESSIVE FORCE

1.      This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, SHAQUILLE O'NEAL accomplished by acts and/or omissions of Defendants, P.O. TERRANCE PRATCHER #4190, and P.O. ANTHONY ROSEN #11430 and the CITY OF CHICAGO committed under color of law.

2.      Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3.      The Plaintiff, SHAQUILLE O'NEAL, was at all relevant times, a resident of the City of Chicago, County of Cook, and State of Illinois.

1

4.      At all relevant times, the Defendants P.O. TERRANCE PRATCHER #4190 and P.O. ANTHONY ROSEN #11430 were duly appointed Chicago Police Officer acting within the scope of their employment and under color of law.

5.      On or about June 13, 2016, the Plaintiff, SHAQUILLE O'NEAL, was walking near the 3900 block of West Grenshaw Street.

6.      The Defendants arrived in the vicinity to arrest the Plaintiff, upon information and belief, for an outstanding warrant.

7.      The Defendant and other officer attempted to place the Plaintiff in custody.

8.      Force was used to take the Plaintiff into custody, including stomping Plaintiff's head into the concrete.

9.      The force used against the Plaintiff, SHAQUILLE O'NEAL, was excessive.

10.     The force used was unreasonable.

11.     The Plaintiff was injured and hospitalized.

12.     The Defendants placed Plaintiff into custody.

13.     The actions of the Defendants P.O. TERRANCE PRATCHER #4190 and P.O. ANTHONY ROSEN #11430 were intentional, willful and with malice.

14.     Said actions of the Defendants, P.O. TERRANCE PRATCHER #4190 and P.O. ANTHONY ROSEN #11430 violated the Plaintiff, SHAQUILLE O'NEAL'S Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

15.     As a direct and proximate consequence of said conduct of the Defendants P.O. TERRANCE PRATCHER #4190 and P.O. ANTHONY ROSEN #11430, the Plaintiff, SHAQUILLE O'NEAL suffered violations of his constitutional rights, emotional anxiety, fear, humiliation, monetary loss, pain and suffering and future pain and suffering.

2

WHEREFORE, the Plaintiff, SHAQUILLE O'NEAL, prays for judgment in his favor and against the Defendants P.O. TERRANCE PRATCHER #4190 and P.O. ANTHONY ROSEN #11430 for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

## COUNT II – INDEMNIFICATION – CITY OF CHICAGO

1-15. The Plaintiff, SHAQUILLE O'NEAL, hereby realleges and incorporates his allegations of paragraphs 1-15 of Counts I and II as his respective allegations of paragraphs 1-15 of Count II as though fully set forth herein.

15.    Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

16.    The Defendants P.O. TERRANCE PRATCHER #4190 and P.O. ANTHONY ROSEN #11430 were employees of THE CITY OF CHICAGO, who acted within the scope of their employment in committing the misconduct described herein.

**WHEREFORE**, should the individual Defendants, be found liable for any of the acts alleged above, the Defendant, THE CITY OF CHICAGO, would be liable to pay the Plaintiff, SHAQUILLE O'NEAL any judgment obtained against the Defendants.

## JURY DEMAND

The Plaintiff, SHAQUILLE O'NEAL hereby requests a trial by jury.

Respectfully submitted,

/s/ Gregory E. Kulis
Gregory E. Kulis

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**

**Chicago, Illinois 60602**
**(312) 580-1830**